SECURITIES and EXCHANGE COMMISSION, Plaintiff–Appellee

v.

Bryan S. BEHRENS, Defendant–Appellant

National Investments, Inc., Defendant.

No. 14–3299.

United States Court of Appeals, Eighth Circuit.

Submitted: July 31, 2015.

Filed: July 31, 2015.

Paul W. Kisslinger, William Kenneth Shirey, Stephen G. Yoder, U.S. Securities & Exchange Commission Office of General Counsel, Washington, DC, for Plaintiff–Appellee.

Bryan S. Behrens, Council Bluffs, IA, pro se.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Bryan S. Behrens appeals the district court's[1] entry of final judgment in this civil action. He raises numerous challenges to the conduct of the receiver in this matter, the initiation of criminal proceedings against him, and the entry of final judgment. Having jurisdic-

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

tion under 28 U.S.C. § 1291, this court affirms.

Behrens's various challenges are either foreclosed or precluded by the consent judgment that he entered in 2008; are wholly unsupported; are improperly before this court as issues that are being raised for the first time on appeal; or are plainly meritless and do not warrant extended discussion. This court also finds no abuse of discretion in the district court's order holding Behrens liable for the amount reflected in the final judgment. *See SEC v. Razmilovic,* 738 F.3d 14, 31–32 (2d Cir.2013) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.